```
PHILLIP A. TALBERT
United States Attorney
ALSTYN BENNETT
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900


Attorneys for Plaintiff
United States of America
```

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>GARY WAYNE STUCKEY,<br><br>        Defendant. | CASE NO. 2:22-MJ-0101-DB<br><br>**ORDER TO REISSUE ARREST WARRANT WITH CORRECTION** |

The Court finds that, for the reasons stated in the government's request, the arrest warrant for defendant Gary Wayne Stuckey shall be reissued.

The Court further orders that the arrest warrant issued on June 27, 2022 shall be returned unexecuted.

Dated: July 12, 2022

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

ORDER

1