PHILLIP A. TALBERT
United States Attorney
ALSTYN BENNETT
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:22-CR-00153-TLN |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| GARY WAYNE STUCKEY, | DATE: October 27, 2022 TIME: 9:30 a.m. COURT: Hon. Troy L. Nunley |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.      By previous order, this matter was set for status on October 27, 2022.

2.      By this stipulation, defendant now moves to continue the status conference until November 17, 2022 at 9:30 a.m., and to exclude time between October 27, 2022, and November 17, 2022, under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

        a)      The government has represented that the discovery associated with this case includes investigative reports and related documents, including approximately 170 pages of documents, as well as photographs and video, in electronic form. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying. Additional

discovery, including copies of abstract of judgments, are forthcoming.

       b)     Counsel for defendant desires additional time to review the discovery and current charges, consult with her client, conduct investigation and research, to review and copy discovery in this matter, and to discuss potential resolutions with her client.

       c)     Counsel for defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

       d)     The government does not object to the continuance.

       e)     Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

       f)     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of October 27, 2022 to November 17, 2022, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

/ / /

/ / /

/ / /

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.


Dated:  October 24, 2022                    PHILLIP A. TALBERT
                                           United States Attorney


                                           /s/ ALSTYN BENNETT
                                           ALSTYN BENNETT
                                           Assistant United States Attorney


Dated:  October 24, 2022                    /s/ CHRISTINA L. SINHA
                                           CHRISTINA L. SINHA
                                           Counsel for Defendant
                                           GARY WAYNE STUCKEY




**ORDER**

IT IS SO FOUND AND ORDERED this 25th day of October, 2022.




                                           Troy L. Nunley
                                           United States District Judge