| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, SBN 122664 |
|   | Federal Defender |
| 2 | CHRISTINA SINHA, SBN 278893 |
|   | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
|   | 801 I Street, Third Floor |
| 4 | Sacramento, CA 95814 |
|   | T: (916) 498-5700 |
| 5 | F: (916) 498-5710 |
| 6 | Attorneys for Defendant |
|   | GARY WAYNE STUCKEY |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:22-CR-153-TLN |
|---|---|
| Plaintiff, | ) **STIPULATION AND ORDER TO CONTINUE** |
|  | ) **STATUS CONFERENCE AND EXCLUDE TIME** |
| vs. | ) |
|  | ) Date: November 17, 2022 |
| GARY WAYNE STUCKEY, | ) Time: 9:30 A.M. |
|  | ) Judge: Hon. Troy L. Nunley |
| Defendant. | ) |

IT IS HEREBY STIPULATED and agreed by and between United States Attorney Phillip A. Talbert, through Assistant United States Attorney Alstyn Bennett, counsel for Plaintiff, and Federal Defender Heather Williams, through Assistant Federal Defender Christina Sinha, counsel for Mr. Stuckey, that the status conference (currently set for November 17, 2022) **may be continued to December 08, 2022 at 9:30 A.M.**, with a time exclusion between those dates.

The parties specifically stipulate as follows:

1. Undersigned defense counsel joined this case on October 12, 2022. By previous order, this matter was set for a status on November 17, 2022. ECF Nos. 19, 21.

2. By stipulation, the defense now moves to continue the status conference to December 08, 2022 at 9:30 A.M., with a time exclusion until that date.

3. Undersigned defense counsel is preparing a motion to suppress, which she expects to file on November 21, 2022. After conferring with opposing counsel about the

government's schedule, the defense will request that the Court set the following briefing schedule:

    a.    (Motion filing date: November 21, 2022)

    b.    Government opposition due: December 01, 2022

    c.    Defense's reply (if applicable): December 05, 2022

4. Once the motion is filed, the parties expect they will request that the Court convert the December 08, 2022 status conference into a hearing date on the motion.

5. Defense counsel represents that she requires additional time to research and draft pretrial motions, consult with Mr. Stuckey, explore potential resolutions to the case, and otherwise prepare for trial.

6. Defense counsel believes that failure to grant the requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

7. The government does not object to the continuance.

8. Therefore, the parties stipulate that the ends of justice served by granting the continuance outweighs the best interest of the public and Mr. Stuckey in a speedy trial, and request the Court so to find.

9. For the purpose of computing time under 18 U.S.C. § 3161 *et seq.* (Speedy Trial Act), the parties request that the time period between November 17, 2022 and December 08, 2022, inclusive, be deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) (Local Code T4), because it would result from a continuance granted by the Court at the defense's request, based on a finding that the ends of justice served by granting the continuance outweighs the best interest of the public and Mr. Stuckey in a speedy trial.

*The remainder of this page is intentionally blank.  Signatures blocks immediately follow.*

|   |   |
|---|---|
|   | Respectfully submitted, |
|   | HEATHER E. WILLIAMS<br>Federal Defender |
| Date: November 14, 2022 | /s/ Christina Sinha<br>CHRISTINA SINHA<br>Assistant Federal Defender<br>Attorneys for Defendant<br>GARY WAYNE STUCKEY |
| Date: November 14, 2022 | PHILLIP A. TALBERT<br>United States Attorney |
|   | /s/ Alstyn Bennett<br>ALSTYN BENNETT<br>Assistant United States Attorney<br>Attorneys for Plaintiff |

# **O R D E R**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.

IT IS SO ORDERED.

Dated: November 15, 2022

_____
Troy L. Nunley
United States District Judge