1  HEATHER E. WILLIAMS, SBN 122664
   Federal Defender
2  CHRISTINA SINHA, SBN 278893
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, Third Floor
4  Sacramento, CA 95814
   T: (916) 498-5700
5  F: (916) 498-5710

6  Attorneys for Defendant
   GARY WAYNE STUCKEY
7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

   UNITED STATES OF AMERICA,    )  Case No.  2:22-CR-153-TLN
11                              )
              Plaintiff,        )  **STIPULATION AND ORDER TO CONTINUE**
12                              )  **STATUS CONFERENCE AND EXCLUDE TIME**
              vs.               )
13                              )  Date:   December 8, 2022
   GARY WAYNE STUCKEY,          )  Time:  9:30 A.M.
14                              )  Judge: Hon. Troy L. Nunley
              Defendant.        )
15  _____ )

16        IT IS HEREBY STIPULATED and agreed by and between United States Attorney

17  Phillip A. Talbert, through Assistant United States Attorney Alstyn Bennett, counsel for Plaintiff,

18  and Federal Defender Heather Williams, through Assistant Federal Defender Christina Sinha,

19  counsel for Mr. Stuckey, that the status conference (currently set for December 08, 2022) **may**

20  **be continued to January 19, 2023 at 9:30 A.M.**, with a time exclusion between those dates.

21        The parties specifically stipulate as follows:

22        1.    Undersigned defense counsel joined this case on October 12, 2022.  By previous

23              order, this matter was set for a status on December 08, 2022.  ECF No. 23.

24        2.    By stipulation, the defense now moves to continue the status conference to

25              January 19, 2023 at 9:30 A.M., with a time exclusion until that date as detailed

26              below.

27        3.    Undersigned defense counsel is preparing a motion to suppress and has a pending

28

Stipulation and Order to Continue Status
Conference and Exclude Time                    -1-                    *United States v. Stuckey*,
                                                                      2:22-CR-153-TLN

1    motion for bail review before the duty magistrate.

2    4.   Once the motion is filed, the parties expect they will jointly request a mutually-

3         agreeable motion schedule.

4    5.   Defense counsel represents that she requires additional time to research and draft

5         pretrial motions, consult with Mr. Stuckey, explore potential resolutions to the

6         case, and otherwise prepare for trial.

7    6.   Defense counsel believes that failure to grant the requested continuance would

8         deny her the reasonable time necessary for effective preparation, taking into

9         account the exercise of due diligence.

10   7.   The government does not object to the continuance.

11   8.   Therefore, the parties stipulate that the ends of justice served by granting the

12        continuance outweighs the best interest of the public and Mr. Stuckey in a speedy

13        trial, and request the Court so to find.

14   9.   For the purpose of computing time under 18 U.S.C. § 3161 *et seq.* (Speedy Trial

15        Act), the parties request that the time period between December 08, 2022 and

16        January 19, 2023, inclusive, be deemed excludable pursuant to 18 U.S.C. §

17        3161(h)(7)(B)(iv) (Local Code T4), because it would result from a continuance

18        granted by the Court at the defense's request, based on a finding that the ends of

19        justice served by granting the continuance outweighs the best interest of the

20        public and Mr. Stuckey in a speedy trial.

21   *The remainder of this page is intentionally blank.  Signatures blocks immediately follow.*

22

23

24

25

26

27

28

Stipulation and Order to Continue Status
Conference and Exclude Time                    -2-                    *United States v. Stuckey*,
                                                                      2:22-CR-153-TLN

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: December 5, 2022           */s/  Christina Sinha*
                                 CHRISTINA SINHA
                                 Assistant Federal Defender
                                 Attorneys for Defendant
                                 GARY WAYNE STUCKEY

Date: December 5, 2022           PHILLIP A. TALBERT
                                 United States Attorney

                                 */s/ Alstyn Bennett*
                                 ALSTYN BENNETT
                                 Assistant United States Attorney
                                 Attorneys for Plaintiff

1

## **O R D E R**

2          The Court, having received and considered the parties' stipulation, and good cause

3   appearing therefrom, adopts the parties' stipulation in its entirety as its order.

4

5   IT IS SO ORDERED.

6

7   Dated: December 6, 2022

8                                                        Troy L. Nunley
                                                         United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28