HEATHER E. WILLIAMS, SBN 122664
Federal Defender
CHRISTINA SINHA, SBN 278893
Assistant Federal Defender
Designated Counsel for Service
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700
F: (916) 498-5710

Attorneys for Defendant
GARY WAYNE STUCKEY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:22-CR-153-TLN |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME** |
| vs. | |
| GARY WAYNE STUCKEY, | Date: January 19, 2023<br>Time: 9:30 A.M.<br>Judge: Hon. Troy L. Nunley |
| Defendant. | |

IT IS HEREBY STIPULATED and agreed by and between United States Attorney Phillip A. Talbert, through Assistant United States Attorney Alstyn Bennett, counsel for Plaintiff, and Federal Defender Heather Williams, through Assistant Federal Defender Christina Sinha, counsel for Mr. Stuckey, that the status conference (currently set for February 09, 2023) **may be continued to April 20, 2023 at 9:30 A.M.**, with a time exclusion between those dates.

The parties specifically stipulate as follows:

1. Undersigned defense counsel joined this case on October 12, 2022. By previous order, this matter was set for a status on February 09, 2023.
2. By stipulation, the defense now moves to continue the status conference to April 20, 2023 at 9:30 A.M., with a time exclusion until that date as detailed below.
3. Undersigned defense counsel is researching a motion to suppress.
4. Once the motion is filed, the parties expect they will jointly request a mutually-

agreeable motion schedule.

5. Defense counsel represents that she requires additional time to research and draft pretrial motions, consult with Mr. Stuckey, explore potential resolutions to the case, and otherwise prepare for trial.

6. Defense counsel believes that failure to grant the requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

7. The government does not object to the continuance.

8. Therefore, the parties stipulate that the ends of justice served by granting the continuance outweighs the best interest of the public and Mr. Stuckey in a speedy trial, and request the Court so to find.

9. For the purpose of computing time under 18 U.S.C. § 3161 *et seq.* (Speedy Trial Act), the parties request that the time period between February 09, 2023 and April 20, 2023, inclusive, be deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) (Local Code T4), because it would result from a continuance granted by the Court at the defense's request, based on a finding that the ends of justice served by granting the continuance outweighs the best interest of the public and Mr. Stuckey in a speedy trial.

*The remainder of this page is intentionally blank.  Signatures blocks immediately follow.*

|   |   |
|---|---|
|   | Respectfully submitted, |
|   | HEATHER E. WILLIAMS<br>Federal Defender |
| Date: February 1, 2023 | */s/ Christina Sinha*<br>CHRISTINA SINHA<br>Assistant Federal Defender<br>Attorneys for Defendant<br>GARY WAYNE STUCKEY |
| Date: February 1, 2023 | PHILLIP A. TALBERT<br>United States Attorney |
|   | */s/ Alstyn Bennett*<br>ALSTYN BENNETT<br>Assistant United States Attorney<br>Attorneys for Plaintiff |

**O R D E R**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.

IT IS SO ORDERED.

Dated: February 2, 2023

Troy L. Nunley
United States District Judge