HEATHER E. WILLIAMS, SBN 122664
Federal Defender
MIA CRAGER, SBN 300172
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
T: (916) 498-5700
F: (916) 498-5710
Mia_Crager@fd.org

Attorneys for Defendant
GARY STUCKEY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:22-cr-00153-DJC |
|---|---|
| Plaintiff, | ) **SEALING ORDER** |
| vs. | ) Judge: Daniel J. Calabretta |
| GARY STUCKEY, | ) |
| Defendant. | ) |

**IT IS HEREBY ORDERED** that the Request to Seal Exhibit A regarding medical records be granted so that this information is not available on the public docket. The records are to be provided to the Court and Government counsel.

These documents shall remain under seal until further Order of the Court.

Dated:  April 4, 2023

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE