|   |   |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
|   | Federal Defender |
| 2 | MIA CRAGER, #300172 |
|   | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
|   | 801 I Street, 3rd Floor |
| 4 | Sacramento, CA 95814 |
|   | Telephone: 916-498-5700/Fax: 916-498-5710 |
| 5 |   |
|   | Attorneys for Defendant |
| 6 | GARY WAYNE STUCKEY |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.  2:22-cr-00153-DJC |
|---|---|
| Plaintiff, | STIPULATION TO SET STATUS CONFERENCE; ORDER |
| vs. | DATE:  July 13, 2023 |
| GARY WAYNE STUCKEY, | TIME:   9:00 a.m. |
|   | JUDGE: Hon. Daniel J. Calabretta |
| Defendant. |   |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, that the case be scheduled for a status conference on **July 13, 2023, at 9:00 a.m.**

The parties went before the court on May 11, 2023 for a motion hearing. This motion was denied on June 9, 2023. Dkt. 53. The parties were directed to confer and file a stipulation to set this matter for a status conference.

The defense requests the above-mentioned date because defense counsel is on leave until the beginning of July 2023.  The requested date would support continuity of defense counsel and provide the reasonable time necessary for effective defense preparation.  *See* 18 U.S.C. § 3161(h)(7)(B)(iv).  The government does not object to the requested date and time.

The parties agree that time is excludable through July 13, 2023, pursuant to 18 U.S.C. § 3161(h)(7)(A), (B)(iv) (Local Code T4).

|   |   |   |
|---|---|---|
| 1 |   | Respectfully submitted, |
| 2 |   | HEATHER E. WILLIAMS<br>Federal Defender |
| 3 |   |   |
| 4 | DATED: June 13, 2023 | */s/ Mia Crager*<br>MIA CRAGER |
| 5 |   | Assistant Federal Defenders<br>Attorneys for Defendant |
| 6 |   | GARY WAYNE STUCKEY |
| 7 |   |   |
| 8 |   |   |
| 9 | DATED: June 13, 2023 | PHILLIP A. TALBERT<br>United States Attorney |
| 10 |   |   |
| 11 |   | */s/ Alstyn Bennett*<br>ALSTYN BENNETT |
| 12 |   | Assistant United States Attorney<br>Attorney for Plaintiff |

STUCKEY: Stipulation and
Order to Set S/C

-2-

# **O R D E R**

**IT IS SO ORDERED** that a status conference regarding the defendant's change of plea be set for **July 13, 2023, at 9:00 a.m.**

The time through July 13, 2023, is excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(i) and (iv), as the ends of justice served by granting the parties' request outweigh the best interest of the public and the defendant in a speedy trial.

Dated:  June 14, 2023            /s/ Daniel J. Calabretta
                                 THE HONORABLE DANIEL J. CALABRETTA
                                 UNITED STATES DISTRICT JUDGE