HEATHER E. WILLIAMS, #122664
Federal Defender
MIA CRAGER, #300172
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: 916-498-5700/Fax: 916-498-5710

Attorneys for Defendant
GARY WAYNE STUCKEY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>GARY WAYNE STUCKEY,<br><br>Defendant. | Case No.   2:22-cr-00153-DJC<br><br>AMENDED STIPULATION TO SET STATUS CONFERENCE; ORDER<br><br>DATE:   July 13, 2023<br>TIME:    9:00 a.m.<br>JUDGE: Hon. Daniel J. Calabretta |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, that the case be scheduled for a status conference on **July 13, 2023, at 9:00 a.m.**

The parties went before the court on May 11, 2023 for a motion hearing. This motion was denied on June 9, 2023. Dkt. 53. The parties were directed to confer and file a stipulation to set this matter for a status conference.

The defense requests the above-mentioned date because defense counsel is on leave until the beginning of July 2023.  The requested date would support continuity of defense counsel and provide the reasonable time necessary for effective defense preparation. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).  The government does not object to the requested date and time.

The parties agree that time is excludable through July 13, 2023, pursuant to 18 U.S.C. § 3161(h)(7)(A), (B)(iv) (Local Code T4).

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

DATED: June 14, 2023          /s/ Mia Crager
                              MIA CRAGER
                              Assistant Federal Defenders
                              Attorneys for Defendant
                              GARY WAYNE STUCKEY


DATED: June 14, 2023          PHILLIP A. TALBERT
                              United States Attorney


                               /s/ Alstyn Bennett
                              ALSTYN BENNETT
                              Assistant United States Attorney
                              Attorney for Plaintiff

1

## **O R D E R**

2          **IT IS SO ORDERED** that a status conference regarding the defendant be set for **July 13,**

3    **2023, at 9:00 a.m.**

4          The time through July 13, 2023, is excluded under the Speedy Trial Act pursuant to 18

5    U.S.C. § 3161(h)(7)(A) and (B)(i) and (iv), as the ends of justice served by granting the parties'

6    request outweigh the best interest of the public and the defendant in a speedy trial.

7

8     Dated:  June 14, 2023                   /s/ Daniel J. Calabretta
                                             THE HONORABLE DANIEL J. CALABRETTA
9                                            UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28