HEATHER E. WILLIAMS, #122664
Federal Defender
MIA CRAGER, #300172
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: (916) 498-5700
Fax: (916) 498-5710

Attorney for Defendant
GARY WAYNE STUCKEY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:22-cr-00153-DJC |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE** |
| vs. | |
| GARY WAYNE STUCKEY, | Date: July 13, 2023<br>Time: 9:00 a.m.<br>Judge: Daniel J. Calabretta |
| Defendant. | |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney through Alstyn Bennett, Assistant United States Attorney, attorneys for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Mia Crager, attorneys for Gary Wayne Stuckey, that the status conference be continued to August 10, 2023, and that the Court exclude time pursuant to the Speedy Trial Act.

Defense is reviewing discovery and preparing further pretrial motions. Further time is needed for research and consultation with Mr. Stuckey, and to otherwise prepare for trial. Defense counsel believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

The government does not object to the continuance.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be

excluded from this order's date through and including August 10, 2023, as previously ordered, pursuant to 18 U.S.C. §3161 (h)(7)(A) and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

Dated:  July 10, 2023

                HEATHER E. WILLIAMS
                Federal Defender

                */s/ Mia Crager*
                MIA CRAGER
                Assistant Federal Defender
                Attorney for Defendant
                GARY WAYNE STUCKEY

Dated:  July 10, 2023

                PHILLIP A. TALBERT
                United States Attorney

                */s/ Alstyn Bennett*
                ALSTYN BENNETT
                Assistant United States Attorney
                Attorney for Plaintiff

## **ORDER**

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including August 10, 2023, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). **It is further ordered** the July 13, 2023 status conference shall be continued until August 10, 2023, at 9:00 a.m.

Dated:  July 10, 2023                                        /s/ Daniel J. Calabretta
                                                                         THE HONORABLE DANIEL J. CALABRETTA
                                                                         UNITED STATES DISTRICT JUDGE