HEATHER E. WILLIAMS, SBN 122664
Federal Defender
MIA CRAGER, SBN 300172
Assistant Federal Defender
Designated Counsel for Service
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700
F: (916) 498-5710

Attorneys for Defendant
GARY WAYNE STUCKEY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:22-cr-00153-DJC |
|---|---|
| Plaintiff, | ) **STIPULATION AND ORDER TO VACATE STATUS CONFERENCE, SET BRIEFING SCHEDULE AND EXCLUDE TIME** |
| vs. | ) |
| GARY WAYNE STUCKEY, | ) Date:  August 17, 2023 |
| Defendant. | ) Time:  9:00 A.M. |
|  | ) Judge: Hon. Daniel J. Calabretta |

IT IS HEREBY STIPULATED and agreed by and between United States Attorney Phillip A. Talbert, through Assistant United States Attorney Alstyn Bennett, counsel for Plaintiff, and Federal Defender Heather Williams, through Assistant Federal Defender Mia Crager, counsel for Mr. Stuckey, that the status conference (currently set for August 10, 2023) be vacated.  The defense recently filed a motion to dismiss to be heard on August 17, 2023.  The parties further stipulate to the below detailed briefing schedule on that motion and to a time exclusion up to and including August 17, 2023.

The parties specifically stipulate as follows:

1. The defense filed a motion to dismiss (Dkt. 61) on July 14, 2023 with a hearing date of August 17, 2023.

2. For the purpose of computing time under 18 U.S.C. § 3161 *et seq.* (Speedy Trial Act), the parties request that the time period between July 14 and August 17, 2023, inclusive, be

deemed excludable pursuant to 18 U.S.C. § 3161(h)(1)(D) (delay resulting from filing of a motion) and Local Code E (pretrial motions (from filing to hearing or prompt disposition)).

The parties request that the Court order the following briefing schedule regarding the motion to dismiss:

July 28:      Government opposition

August 10:   Defense reply to government's opposition

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: July 17, 2023            */s/ Mia Crager*
                               MIA CRAGER
                               Assistant Federal Defender
                               Attorneys for Defendant
                               GARY WAYNE STUCKEY

Date: July 17, 2023            PHILLIP A. TALBERT
                               United States Attorney

                               */s/ Alstyn Bennett*
                               ALSTYN BENNETT
                               Assistant United States Attorney
                               Attorneys for Plaintiff

**O R D E R**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The government shall file its opposition to the motion to dismiss (Dkt. 61) on July 28, 2023, and the defense shall file its reply on August 10, 2023. The status conference on August 10, 2023 is vacated, a motion hearing is set for August 17, 2023 and time is excluded through that date pursuant to 18 U.S.C. § 3161(h)(1)(D) (delay resulting from filing of a motion) and Local Code E (pretrial motions (from filing to hearing or prompt disposition)).

IT IS SO ORDERED.

Date: July 18, 2023

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE