PHILLIP KRUEGER (C.S.B. No. 278375)
KRUEGER LEGAL
210 E. Center St
Manteca, CA 95336
Telephone: (209) 565-0750
Facsimile: (209) 239-2910
Attorney for Defendant,
GARY STUCKEY

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>GARY STUCKEY,<br><br>　　　　　Defendant | Case No.: 2:22-cr-0153-DJC<br><br>**EX PARTE APPLICATION TO SHORTEN TIME** |

### NOTICE OF EX PARTE APPLICATION TO SHORTEN TIME

PLEASE TAKE NOTICE THAT: On August 17, 2023 in Courtroom of the above entitled court, or as soon as thereafter as the matter can be heard, Defendant GARY STUCKEY (hereinafter "Defendant") in the above action will apply to shorten time so that his motion for temporary release may be heard on the same date.

///

///

///

///

///

///

## **APPLICATION**

This court has the authority to shorten the time needed to file a motion. (L.R. § 144(e).) On August 10, 2023, counsel informed prior counsel that Mr. Stuckey had recently obtained his services in order to litigate all matters pertaining to this criminal action. Counsel believes that Mr. Stuckey is, on the week of August 15 or soon thereafter, going to be transported from the Sacramento County Jail to the San Joaquin County General Hospital for pending medical surgery. Counsel would like to facilitate Mr. Stuckey's full and complete recovery and believes that Mr. Stuckey needs the aid of at-home convalescence. However, counsel further believes that time restrictions will unnecessarily interfere with Mr. Stuckey's care.

Respectfully submitted,

_____
PHILLIP KRUEGER
210 E. Center St.
Manteca, California 95336
(209) 565-0750
(209) 239-2910 (Fax)

PHILLIP KRUEGER (C.S.B. No. 278375)
KRUEGER LEGAL
210 E. Center St
Manteca, CA 95336
Telephone: (209) 565-0750
Facsimile: (209) 239-2910
Attorney for Defendant,
GARY STUCKEY

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| THE PEOPLE OF THE STATE OF CALIFORNIA, | ) ) ) Case No.: 2:22-cr-0153-DJC |
|---|---|
| Petitioner, | ) AFFIDAVIT OF COUNSEL |
| vs. | ) Hearing: 07/26/2022 |
| GARY STUCKEY, | ) |
| Defendant. | ) |

I, PHILLIP KRUEGER, attorney for defendant, declare, under penalty of perjury, that:

1. I am the attorney of record for the defendant in the above-entitled matter.
2. I was retained on August 10, 2023. I informed prior counsel of my appointment on the next day.
3. After conversations with Mr. Stuckey, I believe that he has heart surgery scheduled for August 17, 2023.  I further believe that he will be transported from the Sacramento County Jail to the San Joaquin County General Hospital.
4. I believe that he will need time and the right environment to recover.
5. If time is not shortened, I believe he will be transported back to the Sacramento County Jail, potentially limiting and severely impacting his recovery.

Sworn and Dated this _____ day of _____, 2023  _____
                                                      Phillip Krueger
                                                      Attorney for Defendant
                                                      GARY STUCKEY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>vs.<br><br>GARY STUCKEY,<br><br>       Defendant | Case No.: 2:22-cr-0153-DJC<br><br>**EX PARTE APPLICATION TO SHORTEN TIME** |

### ORDER

Upon application of Mr. F. Phillip Krueger, Esq. and good cause appearing, **IT IS HEREBY ORDERED** that the time for hearing Mr. Stuckey's Motion for Temporary Release is hereby shortened, and the hearing on said motion will be August 17, 2023 at 2:00 P.M.

IT IS SO ORDERED

DATED:  August 16, 2023            /s/ DEBORAH BARNES
                                   UNITED STATES MAGISTRATE JUDGE