PHILLIP A. TALBERT
United States Attorney
ALSTYN BENNETT
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GARY WAYNE STUCKEY,<br><br>Defendant. | CASE NO. 2:22-CR-00153-DJC<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: September 14, 2023<br>TIME: 9:00 a.m.<br>COURT: Hon. Daniel J. Calabretta |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for hearing on defendant's motion to dismiss on September 14, 2023.

2. By this stipulation, defendant now moves to continue the hearing until November 2, 2023 at 9:00 a.m., and to exclude time between September 14, 2023, and November 2, 2023, under Local Code T4 (effective preparation) and Local Code E (pending pretrial motion).

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case includes investigative reports and related documents, including approximately 170 pages of documents, as well as photographs and video, in electronic form. All of this discovery has been

either produced directly to counsel and/or made available for inspection and copying. Additional discovery, including copies of abstract of judgments, are forthcoming.

      b)      On August 14, 2023, the Court approved defendant's request for substitution of counsel and appointed attorney F. Phillip Krueger as attorney of record. Counsel requires additional time to review the discovery and current charges, consult with his client, conduct investigation and research, to review and copy discovery in this matter, and to discuss potential resolutions with his client.

      c)      Defense counsel is currently in trial in Stockton Superior Court in the matter of *People of the State of California vs. Dionte Davis*. The trial is expected to last until October 5, 2023.

      d)      Defense counsel further requires time to review the pending motion to dismiss, conduct research, and to otherwise prepare for the hearing on the motion.

      e)      Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      f)      The government does not object to the continuance.

      g)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      h)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of September 14, 2023 to November 2, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(1)(D) [Local Code E] and 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

/ / /

/ / /

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: September 12, 2023

PHILLIP A. TALBERT
United States Attorney

/s/ ALSTYN BENNETT
ALSTYN BENNETT
Assistant United States Attorney

Dated: September 12, 2023

/s/ F. PHILLIP KRUEGER
F. PHILLIP KRUEGER
Counsel for Defendant
GARY WAYNE STUCKEY

**ORDER**

IT IS SO FOUND AND ORDERED this 12th day of September, 2023.

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE