PHILLIP KRUEGER (C.S.B. No. 278375)
KRUEGER LEGAL
210 E. Center St
Manteca, CA 95336
Telephone: (209) 565-0750
Facsimile: (209) 239-2910
Attorney for Defendant,
GARY STUCKEY

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>GARY STUCKEY,<br><br>    Defendant | Case No.: 2:22-cr-00153-DJC<br><br>ORDER RE: REQUEST TO SEAL DOCUMENTS<br><br>UNDER SEAL |

## SEALING ORDER

Upon application of GARY STUCKEY, by and through his attorney and good cause having been shown, IT IS HEREBY ORDERED that the Declaration in Support For Setting Conference, in the above-entitled proceeding shall be filed under seal and shall not be disclosed to any person, unless otherwise ordered by this Court.

DATED:  April 1, 2024         /s/ Daniel J. Calabretta
                              THE HONORABLE DANIEL J. CALABRETTA
                              UNITED STATES DISTRICT JUDGE