DAVID D. FISCHER, SBN 224900
LAW OFFICES OF DAVID D. FISCHER, APC
5701 Lonetree Blvd., Suite 312
Rocklin, CA 95765
Telephone: (916) 447-8600
Fax: (916) 930-6482
Email: david.fischer@fischerlawoffice.com

Attorney for Defendant
GARY WAYNE STUCKEY

# UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> GARY WAYNE STUCKEY, <br><br> Defendant. | Case No.: 2:22-cr-0153 DJC <br><br> **STIPULATION AND ORDER RELATED TO CONTINUANCE OF THE TRIAL CONFIRMATION HEARING** |

## STIPULATION

Because David Fischer is in trial in Placer County and will not be available on June 13, 2024, the parties have agreed to continue the trial confirmation hearing in this case to July 11, 2024. Accordingly, the request the Court to continue the trial confirmation hearing to July 11, 2024, at 9:00 a.m.

Dated: June 10, 2024                /s/ David D. Fischer
                                    DAVID D. FISCHER
                                    Attorney for Defendant
                                    GARY WAYNE STUCKEY

- 1 -

|   |   |
|---|---|
| | PHILIP TALBERT |
| | US ATTORNEY |
| Dated:  June 10, 2024 | By /s/ Matthew De Moura |
| | MATTHEW DE MOURA |
| | Special Assistant |
| | United States Attorney |

ORDER

IT IS SO ORDERED.

Dated:  June 10, 2024

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE