ERIC GRANT
United States Attorney
CAILY NELSON
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>GARY WAYNE STUCKEY,<br>Defendant. | CASE NO. 2:22-CR-00153-DJC-CKD<br><br>ORDER RE: WAIVER OF PRIVILEGE<br><br>DATE:<br>TIME:<br>COURT: Hon. Carolyn K. Delaney |

**ORDER**

The Court has reviewed the defendant's motion to vacate, set aside judgment, or correct the sentence pursuant to 28 U.S.C. § 2255 (Doc. 131) and the United States's application for an order compelling information from prior defense counsel.

For good cause showing and based on the record before the Court, the Court FINDS that defendant Gary Wayne Stuckey, through his motion alleging ineffective assistance of counsel, has waived the attorney-client privilege with respect to prior defense counsel Mia Crager, Federick Phillip Krueger, and David Fischer regarding (1) the research, strategy, and litigation of all suppression motions in case no 2:22-CR-00153; (2) any and all plea negotiations and/or considerations, including any and all case-related discussions regarding the nature of the charges and the consequences of the plea, including the availability of and consequences associated with a conditional plea, in case no. 2:22-CR-

00153; (3) counsel's review of the indictment in case no. 2:22-CR-00153 and decisions regarding filing a motion to dismiss; (4) any communications, strategy, discussions, research, and investigative work product about the potential sentence, sentencing guidelines, or sentencing mitigation related to the charges filed in case no. 2:22-CR-00153; and (5) post-sentencing advice, including the availability and process for filing a notice of appeal in case no. 2:22-CR-00153.

IT IS HEREBY ORDERED that Mia Crager, Federick Phillip Krueger, and David Fischer shall provide a copy of all information in their possession regarding (1) the research, strategy, and litigation of all suppression motions in case no 2:22-CR-00153; (2) any and all plea negotiations and/or considerations, including any and all case-related discussions regarding the nature of the charges and the consequences of the plea, including the availability of and consequences associated with a conditional plea, in case no. 2:22-CR-00153; (3) counsel's review of the indictment in case no. 2:22-CR-00153 and decisions regarding filing a motion to dismiss; (4) any communications, strategy, discussions, research, and investigative work product about the potential sentence, sentencing guidelines, or sentencing mitigation related to the charges filed in case no. 2:22-CR-00153; and (5) post-sentencing advice, including the availability and process for filing a notice of appeal in case no. 2:22-CR-00153.

IT IS HEREBY ORDERED that the Court COMPELS Mia Crager, Federick Phillip Krueger, and David Fischer to provide the information subject to the waiver to the United States, including through an interview and/or deposition, and further COMPELS Mia Crager, Federick Phillip Krueger, and David Fischer to respond to related written questions presented by the United States by answer in the form of sworn declaration.

IT IS FURTHER ORDERED that all responsive information provided by Mia Crager, Federick Phillip Krueger, and David Fischer to the United States shall be subject to the following protective order:

1. The United States is prohibited from using the responsive information for any purpose other than litigating the instant motion.

2. The United States Attorney's Office for the Eastern District of California shall not disseminate the responsive information to any other persons or offices, including law enforcement or prosecutorial agencies.

IT IS SO ORDERED.

Dated: September 3, 2026

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE