ERIC GRANT
United States Attorney
CAILY NELSON
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>GARY WAYNE STUCKEY,<br>Defendant. | CASE NO. 2:22-CR-00153-DJC-CKD<br><br>ORDER GRANTING GOVERNMENT'S MOTION FOR EXTENSION OF TIME |

On September 15, 2026, the Government requested an extension of 180 days to March 15, 2027, to file its response to the Defendant's Motion to Vacate pursuant to 28 U.S.C. § 2255.

IT IS HEREBY ORDERED that the Government's request for an extension is GRANTED. The Government's response is now due March 15, 2027.

Dated: September 15, 2026

Carolyn K. Delaney

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE